IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Young Choi, Younju Kim, and Yewon Choi,<br><br>    Plaintiffs,<br><br>    *v.*<br><br>Kika Scott, Acting Director of U.S. Citizenship and Immigration Services, Loren K. Miller, Director of U.S. Citizenship and Immigration Services Nebraska Service Center, Micah Brown, Director of U.S. Citizenship and Immigration Services Atlanta Field Office, and Zoraida Gomez, Director of U.S. Citizenship and Immigration Services New York Field Office,<br><br>    Defendants, | Civil Action No.<br><br>1:25-cv-01467-LMM |

ORDER

Having read and considered Defendants' Unopposed Motion for Enlargement of Time to file a responsive pleading to Plaintiffs' Original Complaint for Declaratory and Injunctive Relief Under the Administrative Procedure Act, Docket No. 1, and for good cause shown, it is hereby ORDERED that Defendants shall be granted a 60-day enlargement of time to file a responsive pleading, through and including August 24th, 2025.

So ordered, this __8th__ day of May, 2025.

_____
HONORABLE LEIGH MARTIN MAY
UNITED STATES DISTRICT JUDGE

Presented By:

*/s/ Darcy F. Coty*
_____
DARCY F. COTY
*Assistant United States Attorney*
Georgia Bar No. 259280